pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).

**STATE of Missouri, Respondent,**

**v.**

**John MARSHALL, Appellant.**

**ED 102162**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 20, 2015

Transfer Denied November 25, 2015

John W. Simon, 7201 Delmar Blvd., Suite 201, St. Louis, MO 63130, for appellant.

Chris Koster, Daniel N. McPherson, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

**ORDER**

PER CURIAM.

John Marshall appeals the judgment entered upon his conviction by jury of kidnapping and domestic assault in the second degree. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment